# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Simonton Building Products, Inc.

**Plaintiff(s),**

v.

Orin S. Johnson, et al.

**Defendant(s).**

CIVIL NO: 1:07 cv 62

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of John T. Wiedemann, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: July 3, 2007

*[signature]*
United States District Judge

{00074069.DOC;1}