IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**SIMONTON BUILDING PRODUCTS, INC.,**

    **Plaintiff,**

v.                     //     CIVIL ACTION NO. 1:07CV62
                                    (Judge Keeley)

**ORIN S. JOHNSON, GARY A. JONES,
and AM-RAD, INC.,**

    **Defendant.**

## ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE LICENSE AGREEMENT AND AMENDMENT NO. 1 TO THE LICENSE AGREEMENT UNDER SEAL

On October 5, 2007, the parties filed a Joint Motion to File the License Agreement and Amendment No. 1 to the License Agreement Under Seal.

In support of the request, the defendants allege that "certain contents or subject matters of or related to the license agreements" are confidential, and disclosure would reveal trade secrets. Both parties agree that Paragraph 9 in the License Agreement expressly requires the Agreement to be kept confidential.

Finding good cause, the Court **GRANTS** the parties' motion to file under seal (dkt no. 36).

It is so **ORDERED**.

The Clerk of the Court is directed to transmit copies of this Order to counsel of record for the parties.

DATED: October 9, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE